UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Musa Hoxhaj et al.,

                        Plaintiffs,

       -against-

Michael Cetta et al.,

                        Defendants.

1:21-cv-06486 (LJL) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, October 24, 2022, at 10:00 a.m. The settlement shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:     New York, New York
             September 1, 2022

                                                   STEWART D. AARON
                                                   United States Magistrate Judge