UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUSA HOXHAJ, ABDOU EL SHBEINY, AND
RICARDO CORDERO,　　　　　　　　　　　　　　Case No. 21-cv-6486 (LJL)

　　　　　　　　　　Plaintiffs,

　　　　- against -　　　　　　　　　　　　　　**NOTICE OF MOTION
　　　　　　　　　　　　　　　　　　　　　　　　FOR SUMMARY JUDGMENT**

MICHAEL CETTA, INC., MICHAEL CETTA,
AND STEVEN CETTA,

　　　　　　　　　　Defendants.
------------------------------------------------------------X

　　　　**PLEASE TAKE NOTICE** that, upon the annexed declarations of Adam E. Collyer, Esq., Susan Edelstein, and Sayed Mohran, with annexed exhibits, movants' Local Civil Rule 56.1 Statement, and Memorandum of Law, the undersigned will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, before the Honorable Lewis J. Liman, on a date to be determined by the Court, for an Order: (a) pursuant to Rule 56, Fed. R. Civ. P., dismissing the Complaint in its entirety because Plaintiffs cannot raise a genuine issue of material facts as to all claims for relief against those defendants; and (b) granting movants costs, fees and such other and further relief as is just and proper.

　　　　**PLEASE TAKE FURTHER NOTICE** that, pursuant to the agreed-upon briefing schedule endorsed by the Court, Plaintiff's opposition must be filed on or before February 17, 2023, and Defendants' reply must be filed by February 24, 2023.

Dated:　New York, New York
　　　　　January 6, 2023

　　　　　　　　　　　　　　　　　　　　**LEWIS BRISBOIS BISGAARD & SMITH LLP**

　　　　　　　　　　　　　　　　　　　　/s/ Adam E. Collyer
　　　　　　　　　　　　　　　　　　　　Adam E. Collyer, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　77 Water Street, Suite 2100

New York, New York  10005
(212) 232-1300
Adam. Collyer@lewisbrisbois.com

4868-1061-3832.1                                    2