# EXHIBIT B

**Fidelity Payroll Services**  
**Run Date:** 03-AUG-2021 12:24:27 PM

Case 1:21-cv-06486-LJL   Document 38-2   Filed 01/06/23   Page 2 of 4

**Michael Cetta Inc**  
**Master File Report**

**Report ID:** MASTER FILE  
**Page:** 4 of 13

## Current Employee Information

Cordero, Ricardo  
**Home/Primary**  
[redacted]  
[redacted]

| | |
|---|---|
| Employee # | 28 |
| Assignment # | 28 |
| SSN | 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 |
| Department | Managers |
| Location | NY-210 East 46th St |
| Job | |
| Division | |
| Date of Birth | [redacted]/1955    Gender    Male |
| Date of Hire | 08/09/1998    Service Date    08/09/1998 |
| Assignment Status | Active Assignment |
| Termination Date | 401(K) Eligibility    09/01/2003 |
| Work Phone | |
| Work Email | |
| FEIN | Michael Cetta, Inc. D/B/A Sparks Steakhouse |
| Pay Basis | Salary |
| Rate of Pay | $ 83,200.00 |
| Pay Group | Michael Cetta Weekly |

## Current Payment Method Information

| Priority | Type | Transit Code | Account | Bank Name | Amount |
|---|---|---|---|---|---|
| 99 | Checking | 021000089 | 01196332 | CITIBANK NA | Balance |

## Current Tax Information (Federal)

| | | | |
|---|---|---|---|
| Filing Status | Married | EIC Status | No EIC |
| Multiple Jobs/Spouse Works | | FUTA Exempt | N |
| Claim Dependents | | FIT Exempt | N |
| Other Income | | Medicare Exempt | N |
| Deductions | | SS Exempt | N |
| Extra Withholding | 0.00 | Allowances | 1 |

## Current Tax Information (State)

| | | | |
|---|---|---|---|
| Work State Filing Status | Married | Res State Filing Status | Married |
| Work State Allowances | 1 | Res State Allowances | 1 |
| Work Add'l Allowances | 0 | Res Add'l Allowances | 0 |
| Work State Additional | 0.00 | Res State Additional | 0.00 |
| Work State SIT Exempt | N | Res State SIT Exempt | N |
| Work State SDI Exempt | N | Res State SDI Exempt | N |
| Work State SUI Exempt | N | | |

## Current Tax Information (County)

| | | | |
|---|---|---|---|
| Work Cty Filing Status | Single | Res Cty Filing Status | Single |
| Work Cty Allowances | 0 | Res Cty Allowances | 0 |
| Work Cty Additional | 0.00 | Res Cty Additional | 0.00 |
| Work Cty Exempt | N | Res Cty Exempt | N |
| Work Cty HT Exempt | N | Res Cty HT Exempt | N |
| Work Cty SD Exempt | N | Res Cty SD Exempt | N |

## Current Tax Information (City)

| | | | |
|---|---|---|---|
| Work City Filing Status | Married, Filing Jointly | Res City Filing Status | Single |
| Work City Allowances | 1 | Res City Allowances | 0 |
| Work City Additional | 0.00 | Res City Additional | 0.00 |
| Work City Exempt | N | Res City Exempt | N |
| Work City HT Exempt | N | Res City HT Exempt | N |
| Work City SD Exempt | N | Res City SD Exempt | N |

**FEIN:** Michael Cetta, Inc. D/B/A Sparks Steakhouse

## Earnings

| Name | Limit | YTD Hours | YTD Amount |
|---|---|---|---|
| Position Pay | $ .00 | 0.00 | $ 902.00 |
| Regular Salary | $ .00 | 1400.00 | $ 83,200.00 |
| Personal Time | $ .00 | 0.00 | $ 1,600.00 |
| Expense Allow | $ .00 | 0.00 | $ 13,250.00 |
| Total YTD Earnings | | | 85,702.00 |

## Other Deductions

| Name | Amount/% | Limit | YTD |
|---|---|---|---|
| 401K | 20.00 % | $ .00 | $ 12,807.30 |
| Medical | 268.09 | $ .00 | $ 9,042.64 |
| Loan 401K | 183.15 | $ .00 | $ 9,555.00 |
| Total YTD Other Deductions | | | 31,404.94 |

## Statutory Deductions

| Name | YTD |
|---|---|
| FIT | $ 6,860.41 |
| MEDICARE | $ 1,111.56 |
| SS | $ 4,752.88 |
| NY SDI | $ 31.20 |
| NY SIT | $ 3,216.88 |
| New York CITY | $ 2,044.24 |
| Total YTD Statutory Deductions | 18,017.17 |

DEF000830

## Current Employee Information

**Elshabeiny, Abdou M.**
**Home/Primary**

| Field | Value | Field | Value |
|---|---|---|---|
| Employee # | 29 | | |
| Assignment # | 29 | | |
| SSN | 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 | | |
| Department | Managers | | |
| Location | NY-210 East 46th St | | |
| Job | | | |
| Division | | | |
| Date of Birth | /1963 | Gender | Male |
| Date of Hire | 07/14/1995 | Service Date | 07/14/1995 |
| Assignment Status | Active Assignment | | |
| Termination Date | | 401(K) Eligibility | 09/01/2003 |
| Work Phone | | | |
| Work Email | | | |
| FEIN | Michael Cetta, Inc. D/B/A Sparks Steakhouse | | |
| Pay Basis | Salary | | |
| Rate of Pay | $ 93,600.00 | | |
| Pay Group | Michael Cetta Weekly | | |

## Current Payment Method Information

| Priority | Type | Transit Code | Account | Bank Name | Amount |
|---|---|---|---|---|---|
| 1 | Live Check | | | | Balance |

## Current Tax Information (Federal)

| Field | Value | Field | Value |
|---|---|---|---|
| Filing Status | Married | EIC Status | No EIC |
| Multiple Jobs/Spouse Works | | FUTA Exempt | N |
| Claim Dependents | | FIT Exempt | N |
| Other Income | | Medicare Exempt | N |
| Deductions | | SS Exempt | N |
| Extra Withholding | 0.00 | Allowances | 3 |

## Current Tax Information (State)

| Field | Value | Field | Value |
|---|---|---|---|
| Work State Filing Status | Married | Res State Filing Status | Single |
| Work State Allowances | 3 | Res State Allowances | 0 |
| Work Add'l Allowances | 0 | Res Add'l Allowances | 0 |
| Work State Additional | 0.00 | Res State Additional | 0.00 |
| Work State SIT Exempt | N | Res State SIT Exempt | N |
| Work State SDI Exempt | N | Res State SDI Exempt | N |
| Work State SUI Exempt | N | | |

## Current Tax Information (County)

| Field | Value | Field | Value |
|---|---|---|---|
| Work Cty Filing Status | Single | Res Cty Filing Status | Single |
| Work Cty Allowances | 0 | Res Cty Allowances | 0 |
| Work Cty Additional | 0.00 | Res Cty Additional | 0.00 |
| Work Cty Exempt | N | Res Cty Exempt | N |
| Work Cty HT Exempt | N | Res Cty HT Exempt | N |
| Work Cty SD Exempt | N | Res Cty SD Exempt | N |

## Current Tax Information (City)

| Field | Value | Field | Value |
|---|---|---|---|
| Work City Filing Status | Married, Filing Jointly | Res City Filing Status | Single |
| Work City Allowances | 3 | Res City Allowances | 0 |
| Work City Additional | 0.00 | Res City Additional | 0.00 |
| Work City Exempt | N | Res City Exempt | N |
| Work City HT Exempt | N | Res City HT Exempt | N |
| Work City SD Exempt | N | Res City SD Exempt | N |

**FEIN:** Michael Cetta, Inc. D/B/A Sparks Steakhouse

## Earnings

| Name | Limit | YTD Hours | YTD Amount |
|---|---|---|---|
| Regular Salary | $ .00 | 1400.00 | $ 95,400.00 |
| Personal Time | $ .00 | 0.00 | $ 3,600.00 |
| Expense Allow | $ .00 | 0.00 | $ 13,750.00 |
| Total YTD Earnings | | | 99,000.00 |

## Other Deductions

| Name | Amount/% | Limit | YTD |
|---|---|---|---|
| 401K | 15.00% | $ .00 | $ 14,850.00 |
| Medical | 152.16 | $ .00 | $ 9,393.31 |
| Total YTD Other Deductions | | | 24,243.31 |

## Statutory Deductions

| Name | YTD |
|---|---|
| FIT | $ 7,032.96 |
| MEDICARE | $ 1,299.30 |
| SS | $ 5,555.61 |
| NY SDI | $ 31.20 |
| NY SIT | $ 3,739.42 |
| Total YTD Statutory Deductions | 17,658.49 |

DEF000832

Master File Report

## Current Employee Information

| Field | Value |
|---|---|
| Hoxhaj, Musa | |
| Home/Primary | [redacted] |
| Employee # | 19 |
| Assignment # | 19 |
| SSN | 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 |
| Department | Managers |
| Location | NY-210 East 46th St |
| Job | |
| Division | |
| Date of Birth | /1966  Gender  Male |
| Date of Hire | 08/22/1996  Service Date  08/22/1996 |
| Assignment Status | Active Assignment |
| Termination Date | 401(K) Eligibility  09/01/2003 |
| Work Phone | |
| Work Email | |
| FEIN | Michael Cetta, Inc. D/B/A Sparks Steakhouse |
| Pay Basis | Salary |
| Rate of Pay | $ 93,600.00 |
| Pay Group | Michael Cetta Weekly |

## Current Payment Method Information

| Priority | Type | Transit Code | Account | Bank Name | Amount |
|---|---|---|---|---|---|
| 99 | Checking | 026012881 | 1010036727579 | WELLS FARGO BANK | Balance |

## Current Tax Information (Federal)

| Field | Value | Field | Value |
|---|---|---|---|
| Filing Status | Married | EIC Status | No EIC |
| Multiple Jobs/Spouse Works | | FUTA Exempt | N |
| Claim Dependents | | FIT Exempt | N |
| Other Income | | Medicare Exempt | N |
| Deductions | | SS Exempt | N |
| Extra Withholding | 0.00 | Allowances | 6 |

## Current Tax Information (State)

| Field | Value | Field | Value |
|---|---|---|---|
| Work State Filing Status | Married | Res State Filing Status | Married |
| Work State Allowances | 6 | Res State Allowances | 6 |
| Work Add'l Allowances | 0 | Res Add'l Allowances | 0 |
| Work State Additional | 0.00 | Res State Additional | 0.00 |
| Work State SIT Exempt | N | Res State SIT Exempt | N |
| Work State SDI Exempt | N | Res State SDI Exempt | N |
| Work State SUI Exempt | N | | |

## Current Tax Information (County)

| Field | Value | Field | Value |
|---|---|---|---|
| Work Cty Filing Status | Single | Res Cty Filing Status | Single |
| Work Cty Allowances | 0 | Res Cty Allowances | 0 |
| Work Cty Additional | 0.00 | Res Cty Additional | 0.00 |
| Work Cty Exempt | N | Res Cty Exempt | N |
| Work Cty HT Exempt | N | Res Cty HT Exempt | N |
| Work Cty SD Exempt | N | Res Cty SD Exempt | N |

## Current Tax Information (City)

| Field | Value | Field | Value |
|---|---|---|---|
| Work City Filing Status | Single | Res City Filing Status | Single |
| Work City Allowances | 0 | Res City Allowances | 0 |
| Work City Additional | 0.00 | Res City Additional | 0.00 |
| Work City Exempt | N | Res City Exempt | N |
| Work City HT Exempt | N | Res City HT Exempt | N |
| Work City SD Exempt | N | Res City SD Exempt | N |

**FEIN:** Michael Cetta, Inc. D/B/A Sparks Steakhouse

## Earnings

| Name | Limit | YTD Hours | YTD Amount |
|---|---|---|---|
| Regular Salary | $ .00 | 1400.00 | $ 95,400.00 |
| Vacation Amount | $ .00 | 0.00 | $ 3,600.00 |
| Expense Allow | $ .00 | 0.00 | $ 13,750.00 |
| Total YTD Earnings | | | 99,000.00 |

## Other Deductions

| Name | Amount/% | Limit | YTD |
|---|---|---|---|
| 401K | 44.00% | $ .00 | $ 14,310.00 |
| Medical | 188.13 | $ .00 | $ 9,393.31 |
| Total YTD Other Deductions | | | 23,703.31 |

## Statutory Deductions

| Name | YTD |
|---|---|
| FIT | $ 5,814.40 |
| MEDICARE | $ 1,299.30 |
| SS | $ 5,555.61 |
| NY SDI | $ 31.20 |
| NY SIT | $ 3,730.56 |
| Total YTD Statutory Deductions | 16,431.07 |

DEF000833