# EXHIBIT G

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

MUSA HOXHAJ, ABDOU EL SHABEINY, AND

RICARDO CORDERO,

                         Plaintiffs,

          -against-     Case No.
                        21 Civ. 06486
                        (LJL)


MICHAEL CETTA, INC., MICHAEL CETTA AND

STEVEN CETTA,

                         Defendants.

---------------------------------------X


                         May 23, 2022
                         10:11 a.m.


DEPOSITION via remote videoconference of

ABDOU EL SHABEINY, the Plaintiff in the

above-entitled action taken by the

Defendants and held before Binita

Shrestha, a Stenographic Court Reporter

and Notary Public within and for the

State of New York.



Page 2

1

2    A P P E A R A N C E S:

3

4    LAW OFFICE OF MICHAEL O'NEILL, ESQ.

5        Attorneys for Plaintiffs

6        30 Vesey Street, Third Floor.

7        New York, New York 10007

8        212.581.0990

9    BY: MICHAEL O'NEILL, ESQ.

10

11

12    LEWIS BRISBOIS BISGAARD & SMITH

13        Attorneys for Defendants

14        77 Water Street, Suite 2100

15        New York, New York 10005

16        646.783.1723

17    BY: ADAM E. COLLYER, ESQ.

18        Adam.Collyer@lewisbrisbois.com

19

20

21

22    Also Present:

23        Musa Hoxhaj, Plaintiff

24        Ricardo Cordero, Plaintiff

25



Page 23

```
 1                    A. EL SHABEINY
 2     us the managers.
 3          Q.  You and Musa had the same
 4     position regardless of what you called
 5     it, right?
 6          A.  What do you mean?  Ricardo was
 7     us too.  He was working with us as the
 8     same.
 9          Q.  That's another question.  I'm
10     asking specifically about Musa right now.
11          A.  Yes.
12          Q.  Musa and you both had the same
13     position, correct?
14          A.  Yeah.  We're working in the
15     front desk and dining room.
16          Q.  And Ricardo Cordero, who is he?
17          A.  He's the same.  He working with
18     us at front desk, and dining room, and
19     private room.
20          Q.  Do you remember whose idea it
21     was to file this lawsuit?
22          A.  I'm sorry.  I couldn't hear you,
23     Adam.  Say it again.
24          Q.  Do you remember whose idea it
25     was to file this lawsuit?
```



Page 27

                    A. EL SHABEINY

1
2      A.  No.  After they opened back the
3   restaurant again, and I called them.  I
4   said I'm ready to come back.  They told
5   me we don't need you.
6      Q.  When did that conversation take
7   place?
8      A.  Like when they opened.  I don't
9   remember exactly the date.  But when they
10  opened Sparks, I called, and I said I'm
11  ready, and I think I sent a letter to
12  Susan in her e-mail.
13         I said I'm antibody, COVID-19,
14  because we had conversation, and I
15  thought I have pneumonia because I don't
16  know I have Corona.  When I found I'm
17  already antibody, I'm okay, I'm ready, I
18  told her I got the letter from the
19  hospital, I'm clean, I'm ready, and I'm
20  ready to work.
21     Q.  Do you remember what they said
22  to you after you said I'm ready to come
23  back to work?
24     A.  She told me, "No.  We don't need
25  you right now."



Page 28

                    A. EL SHABEINY

1

2        Q.   Do you remember why they didn't

3   need you?

4        A.   Why?

5        Q.   Yes.

6        A.   I don't know.  You can ask her

7   why she answered me like this.

8        Q.   When you say her, you're

9   referring to Susan Edelstein?

10        A.   Yeah.  That's her answer.  She

11   said -- I called Sal.  I told him after

12   25 years, I got this answer.  He said,

13   "I'm sorry.  I have nothing to do with

14   this."

15        Q.   And when you say Sal, you

16   mean --

17        A.   Shailesh.

18        Q.   -- Shailesh Desai?

19        A.   Shailesh Desai, the manager of

20   the office.

21        Q.   Mr. El Shabeiny, do you know who

22   they brought back at that time?

23        A.   I don't remember the names, like

24   six guys and one guy in the front.  They

25   put one guy in the front.



Page 34

1           A. EL SHABEINY

2  to refer to Steven Cetta as Steve, okay?

3       A.  Okay.

4       Q.  How old is Steve?

5       A.  59.

6       Q.  How long have you known Michael

7  Cetta?

8       A.  Since I worked there.

9       Q.  When did you start work?

10      A.  '95.

11      Q.  At that time, were you hired as

12  a server?

13      A.  Correct.

14      Q.  When were you moved from server

15  to the front-of-the-house manager

16  position?

17      A.  I don't remember.  It's like two

18  years, a year and a half, something like

19  that.

20      Q.  When you say two years, you mean

21  two years after you had gotten hired?

22      A.  Yes, correct.

23      Q.  So somewhere around 1997,

24  around?

25      A.  Correct.  I was working



Page 43

```
 1                  A. EL SHABEINY
 2        A.  No.
 3        Q.  What is your date of birth?
 4        A.  May 8th, '63.
 5        Q.  For the record, that makes you
 6   how old?
 7        A.  59.
 8        Q.  The same age as Mr. Cetta?
 9        A.  That's why I remember his age.
10   When you asked me, that's why I say right
11   away, 59.
12        Q.  What's the highest level of
13   education that you've achieved?
14        A.  Bachelor's degree in accounting
15   from Egypt.
16        Q.  Were you born in Egypt?
17        A.  Correct.
18        Q.  When did you immigrate to the
19   United States?
20        A.  19 -- I think -- 86.
21        Q.  Do you hold any professional
22   licenses or certifications?
23        A.  No.  From here, no.
24        Q.  In Egypt?
25        A.  Bachelor's degree.
```



```
 1               A. EL SHABEINY
 2        A.  Say it again, Adam.  I don't
 3   understand.
 4        Q.  You were employed until March of
 5   2020, correct?
 6        A.  Correct, correct.
 7        Q.  Do you remember the reason that
 8   you stopped working at Sparks?
 9        A.  I stopped working?
10        Q.  Yes.  Do you remember the
11   reason?
12        A.  I don't know.  They don't want
13   to take me back, and it's got involved
14   with many things.
15        Q.  In March of 2020, did the
16   restaurant close?
17        A.  Yeah, for the COVID.
18        Q.  For COVID?
19        A.  Yeah.
20        Q.  That's the reason the restaurant
21   closed, correct?
22        A.  Correct.
23        Q.  And that's the reason that you
24   stopped working in March of 2020.  It was
25   because of COVID, right?
```



Page 48

```
 1                 A. EL SHABEINY
 2        A.  Yeah.
 3        Q.  Do you remember hearing that you
 4   were furloughed?
 5        A.  I don't understand by
 6   furloughed.
 7        Q.  Do you remember hearing that you
 8   were being laid off because of COVID?
 9        A.  Everybody laid off in the
10   restaurant.  Susan, she called us.  She
11   said it's the last week.  Shailesh with
12   the phone.  And they said, "We're going
13   to close, guys.  And we're going to hire
14   you back when we open by seniority."
15             That's the title exactly in the
16   conversation.
17        Q.  Mr. El Shabeiny, I'm showing you
18   what's been marked as Defendant's Exhibit
19   B.  Can you see this on your screen?
20             Can you see this on your screen?
21        A.  I see it.
22        Q.  Take a minute to take a look at
23   it.
24        A.  Yes, Adam, I read it kind of.
25        Q.  Do you remember seeing this
```



Page 90

1              A. EL SHABEINY

2    did Sparks pay for that food?

3        A.  I don't hear what you said.

4        Q.  Did you pay for that food, or

5    did Sparks pay for that food?

6        A.  Did I pay for this food?  No, I

7    don't pay for that food, but I open a

8    check for inventory.

9        Q.  Were you ever involved in

10   interviewing prospective servers?

11       A.  No.

12       Q.  Did you ever look at a resume or

13   were asked to evaluate a candidate?

14       A.  No.

15       Q.  Did you ever write up any

16   servers for performance or conduct

17   issues?

18       A.  No.  Maybe I did it once or

19   twice with Susan or Steve.  They said

20   like put your signature.  I put my

21   signature.  But I don't write something

22   specific, you know.

23       Q.  If a server had a problem with a

24   customer, would they come to you, the

25   managers?



```
 1                    A. EL SHABEINY

 2        A.  Yeah, they come to see me, and

 3   they tell me.

 4        Q.  And what would you do in that

 5   situation?

 6        A.  It depends on what the problem

 7   is.  I call Steve downstairs or I go to

 8   the cook and show him the food.  Should I

 9   reject it?  Should I do this?

10            If they say the steak is not

11   good, I have to show it to the cook

12   because the cook he makes the decision

13   for this, it's good or not good.

14        Q.  Were you able to assign a waiter

15   to a different section or table?

16        A.  I'm sorry.  Say it again.

17        Q.  Were you ever able to assign a

18   waiter to a different section or a

19   different table?

20        A.  It's rotated.

21        Q.  What do you mean it's rotated?

22        A.  It means the schedule is

23   rotation, the waiters.  If you work here

24   tomorrow, you work there tomorrow.  It's

25   something being assigned for this.
```



Page 93

```
 1                   A. EL SHABEINY
 2    to work.  Is that your testimony?
 3         A.  Yes, correct, sir.
 4         Q.  Who would take that information
 5    and put it into the schedule?
 6         A.  Musa.
 7         Q.  Did you have any role in
 8    scheduling?
 9         A.  No.  I just like replace the
10    stations.
11         Q.  Did you ever have any role in
12    assigning side jobs?
13         A.  Yes.
14         Q.  How did you assign side jobs?
15         A.  Whoever comes first, he take
16    whatever said job first, he choose.  Like
17    you come first.  You want to do napkin,
18    do napkin.  You want to come do ice, do
19    ice.  You want to set the station, do
20    station.
21              You have early-early,
22    early-late, late-late in the schedule.
23    Late-late is not going to do side job.
24    Early-late is going to come 5 o'clock.
25    Dinner started already.  He's not going
```



```
 1                    A. EL SHABEINY
 2        A.  I don't know when, how, for how
 3   long.  That's before '95.  I don't know.
 4        Q.  Do you know how old Mr. Moran
 5   is?
 6        A.  Yeah.  He's over 60.
 7        Q.  He's older than you are?
 8        A.  I believe so, a couple of years.
 9        Q.  Do you know if Mr. Moran has any
10   particular religious beliefs?
11        A.  I don't know what he believes
12   in.
13        Q.  Do you know if he's Muslim?
14        A.  I don't know what he believes
15   in.  We never talk about religion.  I
16   don't know.  Could be he's Muslim because
17   he born as a Muslim, yeah, by the name.
18        Q.  Do you know if he's a practicing
19   Muslim?
20        A.  I never saw him practice.
21        Q.  Do you know if he ever prayed at
22   work, for instance?
23        A.  No, I never saw him.
24        Q.  When you say no, you mean you
25   don't know?
```



Page 116

```
 1                    A. EL SHABEINY
 2         A.  No.  It means no.
 3              MR. O'NEILL:  Objection.
 4              THE WITNESS:  It means no.  I
 5         never saw him practice in Sparks.
 6    BY MR. COLLYER:
 7         Q.  We've talked about Octavio Perez
 8    several times today, right?
 9              MR. O'NEILL:  Objection to
10         form.
11         Q.  We've referred to Octavio
12    several times today, right?
13         A.  I'm sorry, Adam.  I don't
14    understand what you're saying.
15         Q.  Do you see Octavio Perez's name
16    here --
17         A.  Yes, I do.
18         Q.  -- on Exhibit Q?
19         A.  Yes, I do.
20         Q.  Mr. Perez was also a manager,
21    correct?
22         A.  He has the same title as us.
23         Q.  Same title as you?
24         A.  Yeah.  Call it manager, captain,
25    maître d', host.
```



Page 117

         1              A. EL SHABEINY

         2         Q.  Do you know how old Mr. Perez

         3    was at the time that the restaurant

         4    closed?

         5         A.  I don't know exactly how old he

         6    is.

         7         Q.  Do you know if he's older than

         8    you or younger than you?

         9         A.  He's older than me.  Do you

        10    know, by the way, he passed away.  He

        11    died.

        12         Q.  I do know that.

        13         A.  Okay.  That's why I don't want

        14    to talk too much about him.  It's just

        15    like let him sleep in peace.

        16         Q.  I appreciate that, but there are

        17    some conversations we have had to have

        18    about him.

        19         A.  Okay, go ahead.

        20         Q.  You said Mr. Perez is older than

        21    you?

        22         A.  I don't know exactly.  Maybe

        23    he's the same age, one year less, two

        24    years up.  Average, same age, around the

        25    age.



```
 1                A. EL SHABEINY
 2        Q.  Right.  And do you know the
 3   reason that this document was created?
 4        A.  I don't know.
 5        Q.  Do you know whether this
 6   document was created after the lawsuit
 7   that was filed against you and Sparks?
 8        A.  Could be.  They start to do a
 9   lot of things for this, yeah.
10        Q.  Were you aware that Sparks had a
11   24-hour hotline to report workplace
12   complaints or discrimination?
13        A.  No.
14        Q.  Did you ever complain about age
15   discrimination?
16        A.  No.
17        Q.  Did you ever call the 24-hour
18   hotline to complain about it?
19        A.  No.
20        Q.  You also allege that you were
21   discriminated against on the basis of
22   your religion, right?
23        A.  Yes.
24        Q.  What religion do you practice?
25        A.  I'm Muslim.
```



1                    A. EL SHABEINY

2    I'm the one he ask tell them why you do

3    -- you ask them to tell them.

4              And every time he got upset, he

5    seen the guys praying, he call me on the

6    phone and cursing.  "How long this

7    religion, this prayer takes?  Why they

8    stay longer?  Why somebody is more than

9    the other one?"

10             And it's like this, you know,

11   all the time, day by day, day by day.

12   And I feel he enjoys to bother me with

13   this every time he's upset about religion

14   or about Muslims.  He knows I'm Muslim

15   like them.  Why cursing the religion, my

16   religion all the time?

17        Q.  Did you ever pray at work?

18        A.  Never.

19        Q.  Did Steve or Mike take any

20   action against you because of your

21   religion?

22             MR. O'NEILL:  Objection to

23        form.

24             MR. COLLYER:  You can respond.

25        A.  No.  Like what I see, he's



Page 130

1                    A. EL SHABEINY

2    cursing all the time about Muslim people

3    or when they pray.

4         Q.  Who were the waiters that Steve

5    would criticize?

6         A.  I couldn't hear.  Your voice is

7    cutting off.

8         Q.  Who were the waiters that Steve

9    would criticize for taking time to pray?

10        A.  Musa, he pray.  Jamie, Rashid,

11   and another one, I don't remember.  Four,

12   five guys, they are praying, four guys.

13   Mustafa.  I don't remember.  I think

14   another one, but I don't remember.

15        Q.  Were you ever instructed to

16   discipline any of these individuals

17   because they prayed at work?

18        A.  No.  I have nothing to do with

19   this, you know.

20        Q.  Was Steve aware that you're

21   Muslim?

22        A.  I'm sorry?

23        Q.  Was Steve aware that you were

24   Muslim?

25        A.  Yeah.



1                    A. EL SHABEINY

2        Q.  You had been employed since the

3   mid-90s at Sparks, right?

4        A.  Correct.

5        Q.  And according to the complaint,

6   Steve was responsible for the day-to-day

7   operations of the restaurant, right?

8        A.  Mm-hmm, correct.

9        Q.  And Mike made all executive

10  decisions about the operations of the

11  restaurant, right?

12       A.  Yes, yes.

13       Q.  They could have fired you at any

14  time, right?

15       A.  Absolutely, yes.

16       Q.  Did they ever fire you because

17  of your religion?

18       A.  No.

19       Q.  They promoted you, right?

20       A.  I don't understand.  They fired

21  me before?  That's what you said.

22       Q.  Did they fire you for your

23  religion?

24       A.  I don't know what they fire me

25  for.  I told you for a lot of reasons.



Page 134

1                     A. EL SHABEINY

2          Q.  What other acts of religious

3     discrimination are you alleging?

4          A.  I don't remember.  That's it.

5     That's all I remember now.  The food.

6          Q.  What about the food?

7          A.  The cook, he refused to -- like

8     Ramadan, when we're fasting, he refused

9     to heat for us the food.  The food has

10    been cooking since 2 o'clock afternoon in

11    the night in the side area.  It means the

12    food start to smell or stink.  Eight

13    hours outside.

14             And that's why one day, we asked

15    him to heat it.  He says, "No, I'm not

16    going to it heat nothing."

17             And Steve, he know this.  He

18    doesn't do nothing until his father he

19    came, and we called him.  He suspended

20    the cook for two weeks or three weeks or

21    something like that.

22          Q.  What's the name of the cook?

23          A.  I forgot his last name.  First

24    name, Ernesto.

25          Q.  Was Ernesto your supervisor?



```
 1                    A. EL SHABEINY
 2        A.  He's my supervisor?
 3        Q.  Yeah.
 4        A.  He's the cook.  He's the one
 5   running the kitchen.
 6        Q.  Did he have any supervisory
 7   authority over you?
 8        A.  Steve or Mike.
 9        Q.  Could Ernesto have disciplined
10   you or fired you?
11        A.  No.  He's the kitchen guy.  He
12   has nothing to do with the dining room.
13   He's running the kitchen.  He's the
14   supervisor of the kitchen.
15        Q.  When did this incident with the
16   food happened?
17        A.  When what?
18        Q.  When did this incident with the
19   food happened?
20        A.  I don't remember.
21        Q.  Five years ago?
22        A.  Could be.
23            MR. O'NEILL:  Objection to
24        form.
25        A.  Could be.  I don't remember.
```



Page 136

```
 1                  A. EL SHABEINY
 2       Q.  Four years ago?
 3       A.  I don't remember, Adam.
 4       Q.  Do you remember if it was before
 5  or after the staff walkout in December of
 6  2014?
 7       A.  I don't remember, Adam.  All I
 8  remember, the waiters, they wrote a
 9  petition.  I think Sayed was one of them.
10  He was a waiter during this time.  He
11  doesn't wear a tuxedo, and he's the one
12  that complained, and the complaint when
13  to Mike Cetta downstairs, and he was
14  suspended right away.
15       Q.  You're saying this was when
16  Sayed was a waiter, a server?
17       A.  Yeah.  And I complained, and
18  Musa --
19          MR. O'NEILL:  Wait for a
20      question.
21          THE WITNESS:  Okay.
22  BY MR. COLLYER:
23       Q.  Other than the complaint about
24  the food, did you ever complain about
25  religious discrimination?
```



Page 137

                    A. EL SHABEINY

1

2        A.  To who?

3        Q.  Did you ever call the 24-hour

4    hotline?

5        A.  No.

6        Q.  Did you ever complain to Susan

7    or Shailesh?

8        A.  No.

9        Q.  Did you ever file a claim with

10   the City Commission on Human Rights or

11   the State Division of Human Rights?

12       A.  No.

13       Q.  Did you ever file a complaint

14   about the Equal Employment Opportunity

15   Commission?

16       A.  No.

17       Q.  Are there any other actions that

18   you believe were taken based on your

19   religion than the ones we talked about?

20       A.  I don't understand the question.

21       Q.  Other than the conversations we

22   have had about the food, about Steve's

23   comments, are there any other actions

24   that you believe were taken against youby

25   Sparks because of your religion?

