# EXHIBIT H

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
MUSA HOXHAJ, ABDOU EL SHBEINY, AND RICARDO
CORDERO,

                          Plaintiffs,  Case No.:
                                   21-cv-6486 (LJL)

       -against-

MICHAEL CETTA, INC., MICHAEL CETTA, AND
STEVEN CETTA,

                           Defendants.
------------------------------------------ x
DEPOSITION OF:    MUSA HOXHAJ
                   (Plaintiff)

PURSUANT TO:  Notice

DATE:        May 26, 2022

TIME:        11:40 a.m. - 3:47 p.m.

HELD:        Videoconference

BEFORE:      Stephen P. Sudano, a shorthand
                reporter and Notary Public
                in and for the State of New York.



Page 2

2    A P P E A R A N C E S:

3

4         MICHAEL G. O'NEILL, ESQ.
              Attorney for Plaintiffs
5             217 Broadway, Suite 306
              New York, New York 10007
6             (212) 581-0990
              lawyer@oneillaw.com

7

8         LEWIS BRISBOIS BISGAARD & SMITH LLP
9             Attorneys for Defendants
              77 Water Street, Suite 2100
10            New York, New York 10005
              (212) 232-1300
11
          BY:  ADAM COLLYER, ESQ.
12             adam.collyer@lewisbrisbois.com

13

14

15

16

17

18

19

20

21

22    ALSO PRESENT:

23    Ricardo Cordero, Co-Plaintiff,

24    Abdou El Shbeiny, Co-Plaintiff,

25    Susan Edelstein, representative of



```
 1                    M. HOXHAJ
 2        A.   Yes.
 3        Q.   Did you review this document prior
 4   to its filing?
 5        A.   I think so, but I'm not sure.
 6        Q.   Just taking a look at the caption,
 7   the space in the box, your name is there,
 8   right?
 9        A.   Right.
10        Q.   And then there are two other
11   gentlemen listed, Mr. El Shbeiny and
12   Mr. Cordero.  Who is Mr. El Shbeiny?
13        A.   That's a gentleman that worked with
14   us.
15        Q.   And that's also true about
16   Mr. Cordero?
17        A.   Yes, sir.
18        Q.   When you say that they used to work
19   with you, what do you mean by that?
20        A.   Working together at Sparks.
21        Q.   You mentioned that you were a
22   maître d'.  Sparks also refers to that as a
23   front of the house manager, yes?
24        A.   That's what Sparks, yes.
25        Q.   Was Mr. Cordero a maître d' or a
```



```
 1                    M. HOXHAJ
 2    front of the house manager?
 3         A.   Yes.
 4         Q.   And Mr. El Shbeiny, as well?
 5         A.   Yes.
 6         Q.   And below that, is the three
 7    defendants.  Michael Cetta, Inc. is Sparks
 8    Steak House, correct?
 9         A.   Yes.
10         Q.   What about Michael Cetta; who is
11    he?
12         A.   The owner.
13         Q.   When you say "the owner," do you
14    mean the owner of Sparks?
15         A.   Yes.
16         Q.   And what about Steven Cetta; who is
17    Steven Cetta?
18         A.   That's Mike Cetta's son and an
19    owner of Sparks.
20         Q.   So everybody shares the same last
21    name here, I'll refer to Michael or
22    Mr. Cetta, and I'll refer to Steven as Steve,
23    if you're fine with that.
24         A.   I'm sorry?
25         Q.   Just to make sure that the
```



```
 1                    M. HOXHAJ
 2        A.   It was -- just like it was
 3   different, like he was not friendly with me
 4   anymore.
 5        Q.   You were friendly prior to 2012?
 6        A.   Yes.
 7        Q.   What did you do with Steve as
 8   friends?
 9        A.   In the old days, we were all
10   friends, so we used to go out with Walter and
11   Abdou, and stuff was -- was -- was good.
12   Like I said, was good.  We used to go
13   Formula 1, Brazil, Montreal.
14        Q.   You used to travel together.
15        A.   Yes.
16        Q.   Is there a specific point in 2012
17   when that changed?
18        A.   When the -- I believe things
19   changed when the servers, they asked to join
20   the union.
21        Q.   You told me you weren't a union
22   member, right?
23        A.   No.
24        Q.   Why would the servers seeking to
25   join a union have any relationship with your
```



```
 1                    M. HOXHAJ
 2        A.    I respect him as a boss.
 3        Q.    When were you promoted from server
 4   to maître d', or front of the house manager?
 5        A.    Um, I'm not sure, but it's maybe
 6   '97, '98, when they expended, like a few
 7   month later, they expand the restaurant, they
 8   become bigger.
 9        Q.    Who promoted you?
10        A.    Pat Cetta.
11        Q.    For the record, his full name is
12   Pasquale.
13        A.    Yes.
14        Q.    And who is that?
15        A.    The brother of Michael Cetta.
16        Q.    Do you believe that Mike had a hand
17   in your promotion to manager, as well?
18        A.    I don't know, but I know Pat Cetta
19   promoted me and Abdou.
20        Q.    What did Abdou have to do with it?
21        A.    No, I said he promoted me and Abdou
22   at the same time.
23        Q.    Oh, he promoted you and Abdou at
24   the same time.
25        A.    Three days.  Three days maître d',
```



```
 1                    M. HOXHAJ
 2  worked as Sparks?
 3       A.   I think it was March 2020.  I don't
 4  know if it was 14th or something like that.
 5  It was Saturday; that's all I remember, the
 6  day.
 7       Q.   Did the restaurant close down after
 8  that?
 9       A.   Yes, they told -- they told us it
10  was closed, yes.
11       Q.   Why did the restaurant close?
12       A.   COVID-19, I believe.
13       Q.   What happened to all of the
14  employees when the restaurant shutdown?
15       A.   I don't know.  I think they stayed
16  home.
17            MR. COLLYER:  Can you bring up
18       Exhibit B.
19            If you could zoom in a little bit
20       for Mr. Hoxhaj.
21       Q.   Mr. Hoxhaj I'm going to show you
22  what's been marked as Defendants' Exhibit B.
23  Take a minute and familiarize yourself with
24  it.
25       A.   (Perusing.)
```



Page 40

```
 1                    M. HOXHAJ
 2           Yes.
 3      Q.   Do you recognize this document?
 4      A.   I believe so, yes.  I think it was
 5 sent to me by mail.  I'm not sure.  Just --
 6 yes.
 7      Q.   This is the letter that was sent
 8 indicating the restaurant was closed because
 9 of COVID-19 and that you were being laid off
10 at this point effective March 28th, correct?
11      A.   Yes.
12      Q.   The third paragraph down says,
13 "What this means for our employees is that
14 you will be laid off from your employment
15 with Sparks Steak House, effective March 28,
16 2020."  Do you see that?
17      A.   Yes.
18      Q.   Does that refresh your recollection
19 that Sparks' employees were laid off because
20 of --
21      A.   Yes.
22      Q.   -- mandatory closure?
23      A.   Yes.
24           MR. COLLYER:  Stephen, if you
25      could scroll down toward the bottom of
```



Page 41

```
 1                    M. HOXHAJ
 2        that page.  Thank you.
 3        Q.   Mr. Hoxhaj, there's a paragraph
 4   that reads, "On Wednesday, March 25th, you
 5   will receive your final, regular base
 6   paycheck equal to 40 hours for the period
 7   March 16th to March 22nd, when the restaurant
 8   was closed."  Do you see that?
 9        A.   Yes.
10        Q.   Does that refresh your recollection
11   that the last days the restaurant was open
12   was March 15th?
13        A.   Yes.
14        Q.   And you were paid for the following
15   week even though the restaurant was closed,
16   correct?
17        A.   Absolutely.
18        Q.   And then the week after that,
19   Sparks paid its employees another 40 hours at
20   a rate of $15 per hour even though the
21   restaurant was closed then, as well, right?
22        A.   Yes.
23             MR. COLLYER:  Stephen, if you
24        could scroll up just a little bit to
25        the top of that paragraph that's cut
```



Page 56

1                    M. HOXHAJ

2       A.   Yes.  Yes.

3       Q.   Each of these pages is going to

4  look similar.  They're all the same form,

5  just different dates.

6       A.   Oh, I'm sorry.

7       Q.   No, it's okay.

8            Again, on the left-hand side, is

9  information about your former employer,

10  Michael Cetta, Inc., right?

11       A.   Yes.

12       Q.   And again, in the middle is your

13  weekly wage, and it notes that no allowances

14  are being taken, correct?

15       A.   Yes.

16       Q.   And on the right-hand side, is that

17  your signature?

18       A.   Yes.

19       Q.   What's the date on it?

20       A.   February 1, 2013.

21       Q.   Thank you.

22            MR. COLLYER:  Let's go to the

23       third page.

24       Q.   This should also be fairly familiar

25  at this point, the third page of the



```
 1                    M. HOXHAJ
 2         A.   Yes.
 3         Q.   This is a pay stub.  And is that
 4    your name and address in the top, left-hand
 5    box?
 6         A.   Yes.
 7         Q.   What is the check date in the box
 8    next to it?
 9         A.   12/23/2019?  12/20 --
10         Q.   That's the check period, right?
11    That's the period it covers?
12         A.   I guess.
13         Q.   Take A look in the box that says,
14    "Hours and Earning."  Do you see that box
15    below it?
16         A.   Yes.
17         Q.   See that it says, "Regular Salary
18    $1,800"?
19         A.   Right.
20         Q.   And it also includes a $250 expense
21    allowance.  Do you see that?
22         A.   Yes.
23         Q.   What are -- what was the $250
24    expenses payment for?
25         A.   To be honest with you, nobody every
```



```
 1                    M. HOXHAJ
 2   explained to me what that means.  What is --
 3   what it was for.  But once I asked Walter
 4   because he was older than me, and he told me
 5   this is for uniforms.
 6       Q.   Got it.
 7            Take a look on this pay stub.  Does
 8   it show any tip credit being taken or any
 9   deductions for meals?  Anything like that?
10       A.   Descriptions?  Yes.
11       Q.   Take a look.
12       A.   Yes.
13       Q.   Where do you see that?
14       A.   I see the description.  I see the
15   box that you're asking me to look.
16       Q.   Do you see anything that shows that
17   the restaurant took a tip credit of any kind?
18       A.   I don't see.
19       Q.   Do you see anything that reflects
20   tips at all?
21       A.   No.
22       Q.   Do you see anything that deducts
23   for meals that you might have eaten at the
24   restaurant or anything like that?
25       A.   No.
```



```
 1                    M. HOXHAJ
 2    imbued to the waiters.
 3             MR. O'NEILL:  Object to the form.
 4        Q.   You can respond.
 5        A.   Like I said.
 6             You going to ask me the next
 7    question?
 8             MR. COLLYER:  Stephen, can you
 9        bring up Exhibit H.
10        Q.   Mr. Hoxhaj, showing you what's been
11    marked as Defendants' Exhibit H.
12        A.   Yes.
13        Q.   Do you see this on your screen?
14        A.   Yes.
15        Q.   This is a schedule, right?
16        A.   Right.
17        Q.   I'll represent to you that in
18    Mr. Cordero's deposition, he told us that the
19    language up at the top was written by him.
20    You see that it says, "No changes will be
21    made without manager approval"?
22        A.   Yes.
23        Q.   Who do you believe Mr. Cordero was
24    referring to when he wrote that?
25        A.   Mr. Cordero wrote that on -- this
```



1                    M. HOXHAJ

2    is like I said, okay, the title they gave us

3    to write that down because the waiters, after

4    we did the schedule, after we place them,

5    after we give them everything they wanted,

6    they will go and grab the schedule and change

7    days off and their closings and stuff without

8    our knowledge.  So when you go the next day,

9    you have, let's say, Andre working, but

10   Andre's not there; Al is there, so that's

11   the -- the definition of this, asking them do

12   not change anything because you're confusing

13   the whole thing.

14        Q.   So to be clear, you asked them to

15   speak to you for approval prior to changing

16   the schedule, right?

17        A.   Yes, and not to touch it.

18        Q.   They needed your approval for their

19   schedule to change, right?

20             MR. O'NEILL:  Object to the form.

21        Q.   You can respond.

22        A.   They -- they did it anyway.

23        Q.   That's not what I'm asking.

24             You required manager approval to

25   change the schedule, right?



1                    M. HOXHAJ

2          A.   We -- we did ask them not to change

3     it.  They did it anyway, and nothing was

4     done.  The house knew.  Susan knew.  Steve

5     knew.  Salesh knew.  Nobody took action.

6          Q.   If one of the servers violated a

7     policy or a directive from one of the

8     managers, you had the authority to write them

9     up, right?

10         A.   Can you repeat that again, please?

11         Q.   If one of the servers violated a

12    policy or a directive from you, you had the

13    authority to write them up, right?

14         A.   What policy?  I had no policies.  I

15    just followed -- I had no policies.  I

16    followed whatever they told me from the

17    office.

18         Q.   You seem to have a policy at the

19    top of this page, right?

20         A.   He just wrote it --

21              MR. O'NEILL:  Object to the form.

22              Argumentative.

23         Q.   You can respond.

24              MR. COLLYER:  It's not

25         argumentative.



Page 80

                        M. HOXHAJ

1

2      Q.   What were you saying about the

3    title?  Can you repeat that?

4      A.   It's -- it says, "Manager

5    Complaint."  It was printed in the office.  I

6    think Octavio printed it.

7      Q.   So you wouldn't call yourself a

8    manager?

9      A.   No.  If I was a manager, this guy

10   wouldn't curse me like that.

11         MR. COLLYER:  Got to the last

12      page, please.

13      Q.   On the last page, is a group of

14   four signatures, right --

15      A.   Yes.

16      Q.   -- Mr --

17      A.   Yes.

18      Q.   -- Hoxhaj?

19         And on the bottom left, that's your

20   signature, right?

21      A.   Yes.

22      Q.   And in the first paragraph --

23         MR. COLLYER:  Can you go all the

24      way to the top, Stephen.

25      Q.   The first sentence in this letter



Page 81

1                    M. HOXHAJ

2      that's signed by you and from you, says,

3      "This letter is to bring the attention to how

4      we, the managers (Abdou, Musa, Octavio and

5      Ricardo) are feeling toward Sayed."  Do you

6      see that?

7          A.   Yes.

8          Q.   At the start of the next paragraph,

9      it says, "Ever since he started to work as a

10     manager, he chose not to work with us."  Do

11     you see is that?

12         A.   Yes.  Yes.

13         Q.   Did I read that correctly?

14         A.   Yes.

15         Q.   Does that refresh your recollection

16     that in October of 2019 you understood Sayed

17     to be a manager?

18         A.   We wrote that because of that title

19     they gave us.  I couldn't write that, me, as

20     a busboy, I'm going to write this letter, or

21     a waiter, because they wouldn't accept it.

22     So we use that title they give us.

23              I'm sorry?

24         Q.   Who wouldn't accept it?

25         A.   The office.



Page 96

```
 1                    M. HOXHAJ

 2        Q.   I want to talk about your age.

 3        A.   Exactly, that's what I thought you

 4   were --

 5             MR. O'NEILL:  Wait for a question,

 6        Musa.

 7             (Whereupon, a discussion was held

 8        off the record at this time.)

 9        Q.   We're going to talk about your age

10   discrimination claim now.

11        A.   Okay.

12        Q.   You said you're 56?

13        A.   Yes.

14        Q.   So you were 54 when you last worked

15   as Sparks?

16        A.   Yes.

17        Q.   What's your date of birth?

18        A.   February 20, 1966.

19        Q.   So in September, when the

20   restaurant reopened, you would have still

21   been 54 at the time?

22        A.   I believe so.

23        Q.   What's the basis for your belief

24   that your age had anything to do with the

25   fact that you didn't get recalled in
```



MAGNA
LEGAL SERVICES

```
 1                    M. HOXHAJ
 2   faith.  And I believe those ones, yes.
 3        Q.   How were you treated less well
 4   because of your religion?
 5        A.   I was treated because the comments
 6   they made, Steve and Mike.
 7        Q.   With what comments are you
 8   referring to?
 9        A.   Let's say during the month of
10   Ramadan, it's a month that we fast, we have a
11   break, that time, like around 8 o'clock, or
12   whatever the sunset is, we're supposed to eat
13   something because we didn't eat for 16 hours,
14   whatever.  So every time that we go to eat
15   food, we had problems always, like especially
16   after 2012.  I would say this again.
17             The cook would refuse to warm up
18   our food.  And there was one case in 2015.
19   It was June, was the -- Ramadan was in June.
20   We ask the -- we sent the coworkers to tell
21   him, "Can you warm up the food a little bit
22   for us," the same lunch from lunch, and the
23   cook would refuse.
24             Then I just said, "Let's not make a
25   big deal."  It was -- my main concern is to
```



```
  1                    M. HOXHAJ
  2   work and keep my job, and I don't want to
  3   bring this into the business.
  4           So one night, he refused to warm up
  5   the food for us, and I used any credit card.
  6   I gave it to one of my coworkers to go buy
  7   food for us outside because everybody was
  8   starving.  He complained to Steve before
  9   that.  This guy's refusing to warm up the
 10   food.  He says, "I'll talk to him.  I'll talk
 11   to him."  But he continued doing it.
 12           So one day, somebody wrote a letter
 13   against him that he refused to warm up the
 14   food, and Mike Cetta came the next day, and I
 15   believe he suspended him for a lot of time.
 16   That's one of the reasons.
 17       Q.   Who was the cook who refused to
 18   warm up your food?
 19       A.   Earnesto.
 20       Q.   Earnesto didn't have any
 21   supervisory authority over you, did he?
 22       A.   He was absolute guy in the kitchen.
 23   I as a -- yeah, he did.  I couldn't even go
 24   to the kitchen.  If he see me in the kitchen,
 25   he had the authority to chase me out.
```



1                          M. HOXHAJ

2        Q.   Could Earnesto fire you?

3        A.   I don't know.

4        Q.   Did Earnesto discipline you?

5        A.   In the kitchen, yes.  He would tell

6   me the leave the kitchen.

7        Q.   Did Earnesto take any tangible

8   action against you, like reducing your salary

9   or suspending you?

10       A.   He -- when they used to make food

11  for us, he refused to cook for me at the end

12  of the night.

13       Q.   And you said that Mike Cetta

14  suspended him.  Do you know how long that

15  suspension was for?

16       A.   A couple of weeks, I believe.  With

17  the pay.

18       Q.   You said this was in 2015?

19       A.   I believe it was 2015.

20       Q.   In what other ways were you treated

21  less well because of your religion?

22       A.   Um, one day, Steve walked up to me

23  and said to me, "I heard that you brought a

24  copy of the Quran here."  He put me -- he

25  called me on the side by Hudson room to the



```
 1                    M. HOXHAJ
 2       A.   I'm not sure.  He would say that.
 3   I heard him say that many times in the bar
 4   when he was drinking.  The bar right next --
 5   the bar is right next to the front over
 6   there.
 7       Q.   Before 2015?
 8       A.   I -- I'm not sure there was so many
 9   comments.  So many things I don't remember
10   when and.
11       Q.   Did you ever complain about age or
12   religious discrimination?
13       A.   To who?
14       Q.   To Mike.
15       A.   I just told him, "I'm not happy,
16   what he's saying," but I never complained.
17       Q.   You told Mike about the comments
18   that Steve was making?
19       A.   Actually, Mike one day, he pulled
20   me in Table 4, and he said, "Musa, you know
21   what, Steve is right about these Islam
22   things.  Islams are crazy but the Muslims are
23   okay."  I don't know how they confused it.
24       Q.   What prompted him to call you in
25   and say that to you?
```



```
 1                    M. HOXHAJ
 2  you mean after the events of September 11,
 3  2001?
 4       A.   Yes, sir.
 5       Q.   Did you ever make any complaints to
 6  Susan?
 7       A.   The 2011? -- 9/11, you mean?
 8       Q.   About any of the discrimination
 9  that you allege to have suffered.
10       A.   I never knew what Susan position
11  was.  Did she never told me, so I didn't know
12  who to complain.  And I didn't want to
13  complain because I didn't want to lose my
14  job.
15       Q.   Did you ever think to ask what
16  Susan's position was?
17       A.   I never asked anyone.  If somebody
18  doesn't, "Say this is my position," and give
19  me a flier, and, "I'm your manager.  I'm your
20  HR, this."  I got to be honest, with you, you
21  have to be your best behavior to work there
22  and say nothing and go home.  That was my
23  approach.  I didn't want to go into this
24  things because I have family.  My wife
25  doesn't work, and family's taken care of, so
```



```
 1                    M. HOXHAJ
 2   I didn't want to ask anything.  I was lucky.
 3   Like Mike says I have a job.  I'm staying
 4   there.
 5             (Whereupon, a discussion was held
 6        off the record at this time.)
 7        Q.   Did you ever file a complaint with
 8   the City Commission on Human Rights alleging
 9   race or religious discrimination?
10        A.   I needed my job.
11        Q.   Did you ever file a complaint with
12   the State Division of Human Rights?
13        A.   No.
14        Q.   Did you ever file a complaint with
15   the Equal Employment Opportunity Commission?
16        A.   No.
17        Q.   You're aware that Sparks has an
18   antidiscrimination and harassment policy?
19        A.   I was not aware.  Like I said, I
20   went there to work, and I asked very few
21   questions.
22             MR. COLLYER:  Stephen, can you
23        bring up Exhibit X.
24        Q.   I'm showing you what's been marked
25   as Defendants' Exhibit X.  Do you recognize
```



Page 120

```
 1                    M. HOXHAJ
 2       I'm sorry.
 3            MR. COLLYER:  Sure, go ahead.
 4            THE WITNESS:  Mike, my lawyer?
 5            MR. O'NEILL:  No, wait for a
 6       question.
 7            THE WITNESS:  No, I have to add
 8       something that I forgot about
 9       something.  Or no?
10            MR. O'NEILL:  Well, we're taking a
11       break, so you can talk to me.
12            THE WITNESS:  Yeah.
13            MR. COLLYER:  Yeah, why don't you
14       guys discuss.  We'll take 15 minutes
15       and come back, okay?
16            THE WITNESS:  Okay, thank you.
17            MR. COLLYER:  See everybody at
18       3:20.
19            (Whereupon, a recess was taken at
20       this time.)
21       Q.   Mr. Hoxhaj, were you and
22   Mr. El Shbeiny the only Muslim employees at
23   Sparks?
24       A.   No.
25       Q.   Who were the other Muslim employees
```



                        M. HOXHAJ
1
2    that have been employed by Sparks during the

3    time that you have worked there?

4        A.   For -- from what time to what time?

5    Because I have been there 32 years, so I must

6    have gone through 3- or 400 waiters.

7        Q.   I'm sorry.  I just want record to

8    be clear.  Are you suggesting that it's been

9    3- to 400 waiters that have been employed

10   overall, or is that 3- to 400 waiters that

11   have been employed were Muslim?

12       A.   No, no.  I asked you what time,

13   what decade you're talking about because if

14   we go back 30 years, I said there would be 3-

15   or 400 waiters all together.  So I don't know

16   when.  What -- when you mean with that

17   question?  I want to be specific with you as

18   much as I can.

19       Q.   Let's stick with between 2015 to

20   your last day of work.

21       A.   From 2015 to my last day of work,

22   practicing Muslims were about maybe six,

23   seven, eight.

24       Q.   Who are they?

25       A.   I would say it was me, Abdou,

