# EXHIBIT I

**JobTitle: Managers**

**Job Summary:** Managers report to the General Manager/Owner. Responsible for overseeing the efficient running and profitability of the restaurant and for managing and supervising servers and bartenders (employees)

**Job Responsibilities:**

- Responsible for the day-to-day activities for "front of the house," which includes managing and supervising their employees.
- Review service and operational procedures to determine ways to improve services, performance or safety to ensure Best in Class service.
- Schedule staff hours and assign duties. Including weekly schedule, runner rotation, side jobs and section assignments. Ensure compliance with assignments.
- Provide orientation to new hires and ongoing corrective action for proper food service standards.
- Communicate job expectations to employees and discipline according to company set policies and procedures.
- Greet patrons and assign to tables, bar or waiting area.
- Inspect dining and serving areas to ensure cleanliness and proper setup
- Investigate and resolve customer complaints regarding food quality, services and accommodations.
- Maintain contact with kitchen staff, management, servers and customers to ensure that dining details are handled properly and customer requests are addressed.
- Contribute information and recommendations for restaurant operations; related to productivity, quality, and customer-service standards
- Maintain safe, secure, and healthy environment by establishing, following, and enforcing compliance with health and fire standards and procedures;
- Maintain ambiance by controlling lighting, background music, linen service, glassware, dinnerware, and utensil quality and placement; monitoring food presentation and service.