# EXHIBIT J

*NO CHANGES WILL BE MADE WITHOUT MANAGER APPROVAL*

NEW

| NAMES | # | M | T | W | TH | F | S | # | FROM: 09/24/18-09/29/18 |
|---|---|---|---|---|---|---|---|---|---|
| Adam II ✳ | 1 | / | EL | | | C | / | 1 | ADAM II |
| Adem | 2 | C | | EL | | | / | 2 | RAFAEL |
| Al | 3 | | C | | EL | | | 3 | RUBIN |
| Andre | 4 | | | C | | | EL | 4 | SADIK |
| Annas | 5 | | | | | EL | C | 5 | VAL |
| Ante | 6 | | | | EL | C | / | 6 | VALON |
| Arlino | 7 | | | EL | C | | | 7 | |
| Bardhyl | 8 | | EL | | | | C | 8 | |
| Chris | 9 | EL | | | | C | / | | |
| Ergin | 10 | EL | | | C | | | 9 | |
| Ermal | 11 | C | EL | | | | | 10 | |
| Francisco | 12 | | | EL | C | | | 11 | |
| Gerardo O·4 | 13 | / | | / | | / | / | 12 | |
| Gipa | 14 | | C | | | | EL | 13 | |
| Hector | 15 | | | C | | | EL | 14 | |
| Hugo | 16 | | | C | EL | | | 15 | |
| Iber | 17 | EL | | C | | | | | |
| Jay | 18 | | EL | | | C | | M | |
| Jimmy O·1 | 19 | / | / | / | / | / | / | | |
| Jose Luis | 20 | / | | | EL | / | C | T | |
| Juan | 21 | | EL | | | / | C | | |
| Juan II S·30 | 22 | EL | C | | | | / | W | |
| Junior | 23 | C | | | | | EL | | |
| Lucky O·4 | 24 | / | / | / | / | / | / | T | |
| Luis III | 25 | C | | | EL | | | | |
| Luisa | 26 | / | C | EL | | / | EL | F | |
| Miguel F | 27 | / | | | EL | | C | | |
| Miguel P | 28 | | | EL | C | | | Sat | |
| Mustafa O·14 | 29 | / | / | / | / | / | / | | |
| Oscar | 30 | EL | | C | | | | | Closing Managers |
| Oscar II Duarte | 31 | / | | | | C | EL | M | Abdul |
| Rachid | 32 | | C | | EL | | | T ✓ | MUSA |
| Rafael ✳ | 33 | / | | C | | EL | | W | RIC |
| Rubin ✳ | 34 | | C | EL | | | / | TH | Abdul |
| Sadik ✳ | 35 | / | | | C | EL | | FR | RIC |
| Val ✳ | 36 | C | | EL | | | / | | |
| Valon ✳ | 37 | | EL | | C | | / | S | MUSA |
| Yavor | 38 | / | | | | | / | S/O | |
| | 39 | | | | | | | | Money Matters |
| | 40 | | | | | | | M | HECTOR |
| | 41 | | | | | | | T | FRANCISCO |
| | 42 | | | | | | | W | ERMAL |
| | 43 | | | | | | | TH | BARDHYL |
| | 44 | | | | | | | F | JAY |
| | 45 | | | | | | | Sat | ADAM II |
| | 46 | | | | | | | | |

DEF001253