# EXHIBIT K

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MUSA HOXHAJ, ABDOU EL SHBEINY, AND RICARDO
CORDERO,

                    PLAINTIFFS,

    -against-              Case No.:
                           21-cv-6486 (LJL)

MICHAEL CETTA, INC., MICHAEL CETTA, AND
STEVEN CETTA,

                    DEFENDANTS.
------------------------------------------X
```

DATE: July 28, 2022

TIME: 10:07 A.M.

DEPOSITION of the Defendant, STEVEN CETTA, taken by the Plaintiffs, pursuant to a Notice and to the Federal Rules of Civil Procedure, before Soraye McMillan, a Notary Public of the State of New York.



Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4   MICHAEL G. O'NEILL, ESQ.
        Attorneys for the Plaintiffs
 5      217 Broadway, Suite 306
        New York, New York 10007
 6      BY: MICHAEL G. O'NEILL, ESQ.
        Lawyer@oneillaw.com
 7
 8
 9
     LEWIS BRISBOIS BISGAARD & SMITH LLP
10      Attorneys for the Defendants
        77 Water Street, Suite 2100
11      New York, New York 10005
        BY: ADAM COLLYER, ESQ.
12
13
14
15
     ALSO PRESENT:
16
     RICARDO CORDERO - Co-Plaintiff
17
     ABDOU EL SHBEINY - Co-Plaintiff
18
     MUSA HOXHAJ - Co-Plaintiff
19
     SUSAN EDELSTEIN - Representative of Sparks
20
21             *         *         *
22
23
24
25
```


```
                                                    Page 31
 1                   S. CETTA
 2        Q.    You said you were involved in
 3   putting him in as manager?
 4        A.    Yeah.
 5        Q.    How did that come about?
 6        A.    Discussing, you know, of the
 7   people that we had available out of our
 8   wait staff.  And Ricardo was -- showed the
 9   aptitude -- (audio difficulties) -- it be
10   would a good candidate for being a manager.
11        Q.    Who made that decision?
12        A.    My father.
13        Q.    Do you know who made the
14   decision to make Abdou or Musa manager?
15        A.    It would have been my father or
16   my uncle.
17              (Whereupon, a discussion was
18         held off the record.)
19        Q.    Who is Sebastian?
20        A.    Just a friend of mine that --
21   he's involved in motorcycle business.  But
22   he was very high-tech person, more than
23   anybody I've ever known.  And he helped us
24   with building websites at the restaurant.
25   Anything that had to do with technical,
```



MAGNA LEGAL SERVICES

```
                                                         Page 32
 1                      S. CETTA
 2      anything technical, not just computers, but
 3      even the plumbing.  He was just a jack of
 4      all trades.  And he helped us with a lot of
 5      our computer telemetry and software
 6      problems and even software that can be used
 7      for the restaurant to run the restaurant.
 8      That's who he is.
 9            Q.    What is Sebastian's last name?
10            A.    Thaiwaikolski.
11            Q.    Spell it, please.
12            A.    I couldn't hear you.
13            Q.    Spell it, please.
14            A.    T-H-A-I-W-A-I-K-O-L-S-K-I.
15            Q.    How did you know
16      Mr. Thaiwaikolski?
17            A.    From motorcycle racing.
18            Q.    What does that mean, from
19      motorcycle racing?
20            A.    That's how I met him.
21            Q.    From observing motorcycle
22      races, participating in motorcycle races,
23      something else?
24            A.    Well, we all race.  If you're
25      talking about me, crashed.  But basically
```



```
                                            Page 34
 1                   S. CETTA
 2      A.    In Poland.
 3      Q.    When did you last communicate
 4   with him?
 5      A.    We just recently started.  We
 6   had a bit of a falling out.  It is funny
 7   that we just recently started to -- (noise
 8   interruption) -- probably about a month
 9   ago.  Actually, no.  His birthday was on
10   July 17th, so it would have been July 17th.
11      Q.    How long did he work at the
12   restaurant?
13            MR. COLLYER:  Objection to the
14       form.  But you can respond.
15      A.    I really couldn't tell you.
16   It's too far back to try to narrow it down.
17      Q.    Can you give me -- tell me if
18   it was more or less than five years?
19      A.    It was longer.  It was...
20      Q.    More or less than ten years?
21      A.    Just give me a second.  I'm
22   trying to see if I can...
23            Maybe around 2005 is the last
24   time that I saw him.  I think.
25      Q.    You think that's when he last
```



Page 35

```
 1                  S. CETTA
 2   worked at the restaurant?
 3       A.    I believe so.  I'm not sure --
 4   (noise interruption.)  I'm trying to put
 5   years together.  I can't be positive.
 6       Q.    How are the waiters at your
 7   restaurant paid?
 8       A.    They're hourly.
 9       Q.    What is the hourly rate they're
10   paid?
11       A.    Shailesh and also Susan may
12   have a better idea.  I think it is the
13   normal, 15.
14       Q.    Are they all paid the same?
15       A.    Yes.
16       Q.    Who made -- who decided what
17   they would be paid?
18       A.    That's, I think, the law, isn't
19   it?
20       Q.    Well, I don't think there is
21   any law that -- the law tells you what the
22   minimum is, but I don't think there is any
23   law that establishes what they get paid as
24   long as you pay them the minimum.
25             So, if you're saying that
```



Page 62

```
 1                    S. CETTA
 2       A.    No.
 3       Q.    But I asked you if they managed
 4  the head chef, and you said that they did,
 5  and now you are saying that they didn't,
 6  correct?
 7       A.    I was confused.  You do this
 8  all the time.  I like the questions you
 9  asked me about the years.  I can't get to
10  specifics --
11             (Whereupon, cross-talk by the
12         attorney and witness occurred.)
13       Q.    Right.  Well, you do the
14  restaurant all the time, that is why I'm
15  asking you these questions.  I don't do the
16  restaurant.
17       A.    I was confused.  I'm sorry.
18       Q.    That's fine.
19             Let's talk about scheduling.
20  You said that managers schedule the
21  waiters; is that correct?
22       A.    Yes.
23       Q.    Did they schedule anybody other
24  than the waiters?
25       A.    No.
```



```
                                              Page 69
 1                    S. CETTA
 2         Q.    So, that would be a policy,
 3   right?  They get two weeks of paid
 4   vacation?
 5         A.    Uh-huh.
 6         Q.    Who decided they get two weeks
 7   of paid vacation?
 8         A.    My father and my uncle.
 9         Q.    The managers didn't make that
10   decision, correct?
11         A.    No.
12         Q.    Not correct?
13         A.    It is correct, what you said.
14         Q.    Don't worry, it happens a lot
15   with these types of questions.
16               If a waiter wants to take more
17   than two weeks off, is that allowed?
18         A.    Yes.
19         Q.    What is the process for that to
20   happen?
21         A.    They would ask for it, and in
22   general, they would get it, unless there
23   was some means that they wouldn't get it.
24         Q.    Who would they ask?
25         A.    The managers.
```



```
                                              Page 70
 1                    S. CETTA
 2        Q.    Are the managers able to give
 3   more than two weeks' vacation without
 4   talking to the front office?
 5        A.    Yes.
 6        Q.    Is there a vacation schedule
 7   that's maintained somewhere?
 8        A.    I believe on the back of each
 9   schedule.
10        Q.    You mean it's written down
11   who's going to be on vacation that week?
12        A.    Yes.  And it's also, I
13   belive -- requests are made on the back of
14   the schedule.
15        Q.    If a waiter -- let's say we are
16   in June and the waiter wants to take
17   September off; is it something that the
18   manager can consult to see how many waiters
19   have asked for vacations in September?
20        A.    I believe they have the
21   schedule in front of them so they know.
22        Q.    So, in June there would be some
23   document that talks about September
24   vacations?
25        A.    Yeah, it would be probably in
```

